```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL ST., SUITE A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF
```

```
           FILED
CLERK, U.S. DISTRICT COURT
       AUG 7, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:      PMC      DEPUTY
```

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>JOYCE T. HARRIS, AKA JOYCE T. FULLER,<br><br>           Defendant | No. 2:12-cv-8819-SVW (CWx)<br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Joyce T. Harris, aka Joyce T. Fuller, in the principal amount of $2,900.00 plus interest accrued to July 22, 2014, in the sum of $2,894.74; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $223.00, for a total amount of $6,017.74.

DATED: August 7, 2014

                                   _/s/ Stephen V. Wilson_
                                   Honorable Stephen V. Wilson,
                                   United States District Judge